UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>LUIS HUMBERTO LAMAS GUZMAN,<br><br>                Defendant. | CASE Numbers 25-212-RSM and 25-213-KKE<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with numerous drug trafficking offenses in two separate indictments. The Court finds he has failed to overcome the rebuttal presumption that he is both a danger to the community and a risk of flight. The government has proffered defendant played a significant role in a large drug trafficking conspiracy. He was directly involved in numerous drug transactions spanning a number of months in which both drugs and firearms were distributed or transferred. A search of his residence yielded over 200 grams of heroin and five firearms. Defendant is 25 years of age and was born in Mexico. According to the pretrial report Defendant has no lawful status in the country. While defendant is married, has a child, and has lived in this

DETENTION ORDER - 1

district for about two years, he has significant ties to Mexico and communicates regularly with his family there twice a week. The nature of the offense, the significant mandatory prison penalties he faces, and the fact he has another country to flee support detention in this case.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2