HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUIS HUMBERTO LAMAS GUZMAN,

Defendant.

Cause No. 25-212 JNW

**ORDER CONTINUIG PRETRIAL MOTIONS DUE DATE**

This matter comes before the court on the Defendant's Motion to continue the pre-trial motions due date from September 7, 2026, to September 21, 2026. The parties agree and are requesting additional time to arrive at a possible settlement, which would eliminate the necessity of pre-trial motions. The Court finds good cause for the Defendant's request, and it is therefore ordered that the due date for pre-trial motions is extended to September 21, 2026.

//



*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

DATED THIS 2nd day of September, 2026

HON. JAMAL N. WHITEHEAD
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant



Gilbert H. Levy
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818